UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-cr-243

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | **ORDER AND JUDGMENT** |
| v. | ) | **OF FORFEITURE** |
| | ) | |
| AWNI SHUAIB ZAYYAD | ) | |

In the Bill of Indictment in this case, the United States sought forfeiture of property pursuant to 18 U.S.C. § 981(a)(1)(C) and § 2323 and 28 U.S.C. § 2461(c) as proceeds of the crimes charged, together with any substitute property, which would be subject to forfeiture under 21 U.S.C. § 853(p).

Defendant was convicted at trial on Counts One through Five in the Bill of Indictment. Pursuant to the conviction on Count One, which charges conspiracy to traffic in counterfeit goods in violation of 18 U.S.C. § 2320(a), the government seeks a forfeiture money judgment for $3600.00, representing proceeds of that crime. (Doc. No. 56: Motion). This $3600.00 is the sum of three transactions established by the trial evidence as defendant's sales of counterfeit drugs to undercover officers on March 29, 2010 ($300.00); May 5, 2010 ($1300.00); and June 24, 2010 ($2000.00). The defendant has not objected to the government's motion, filed August 23, 2012.

It is therefore ORDERED that defendant shall pay a forfeiture money judgment in the amount of $3600.00.

Signed: September 19, 2012

Robert J. Conrad, Jr.
Chief United States District Judge